IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 6:23-cr-03028-05-MDH |
| AHMAAD JARVIS, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Defendant's Motion for Leave to File Pleadings Out of Time, (Doc. 337), and the Report and Recommendation of United States Magistrate Judge (Doc. 360). The time has passed for Defendant to file Objections to the Report and Recommendations.

The motion having been fully briefed is now ripe for adjudication on the merits. After a careful and independent review of the record, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 360) in full. Accordingly, the Court **DENIES** Defendant's Motion for Leave to File Pleadings Out of Time.

**IT IS SO ORDERED.**

Date: March 11, 2026

                                                      */s/ Douglas Harpool*
                                                      **DOUGLAS HARPOOL**
                                                      **UNITED STATES DISTRICT JUDGE**